Hermena B. Deiches and Kraft, Kraft & Erskine, for plaintiff in error. George C. Geier, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Aurelia Harris, arrested at suit of L. M. Snite, appellee, v. Peter M. Hoffman, sheriff of Cook county, and Dennis J. Egan, bailiff of municipal court of Chicago, appellants. Gen. No. 29,988.

Petition for release from custody under Insolvent Debtor's Act. Petitioner discharged. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926.

Clark & Clark, for appellants; Russell S. Clark, of counsel. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

William Burgess, appellee, v. John Myers and John Moriarity, trading as Kenwood Trucking & Teaming Company, appellants. Gen. No. 30,001.

Action for balance alleged due for services furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926.

Gann, Secord & Stead, for appellants; Loy N. McIntosh and Mack C. Wylie, of counsel. Gustav E. Beerly and Ray S. Gaskill, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

James M. Kennedy and O. Von Rautenkranz, trading as Lake View Real Estate Exchange, appellees, v. Charles F. Henry, appellant. Gen. No. 30,032.

Action to recover commission for services as brokers. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Walter Hamilton, for appellant. Thompson, Tyrrell & Chambers, for appellees; Lavern W. Thompson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Daisy H. Harts, appellant, v. Arnold Brothers, a corporation, appellee. Gen. No. 30,068.

Action to recover solicitor's fees incurred in prosecuting suit in equity against defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926.